**UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| J & J Technical Services, L.L.C.   § | |
| § | |
| *versus*   § | Civil Action 4:13–cv–02096 |
| § | |
| Tech–Flo Consulting, LLC, et al.   § | |

## Order Setting Hearing

1. A hearing will be held before Lynn N. Hughes on

    July 19, 2013
    at 09:00 AM
    Courtroom 11–C, Eleventh Floor
    United States Court House
    515 Rusk Avenue
    Houston, Texas 77002.

2. To ensure full notice, whoever receives this notice must confirm that every other party knows of the setting.

3. Each party must appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

4. Although the court will hear the identified motion, it will also consider other motions, narrow issues, inquire about and resolve expected motions, interrogate counsel, and schedule discovery. Counsel are to consult among themselves about these matters well in advance.

    Signed on July 18, 2013, at Houston, Texas.

                                                     Lynn N. Hughes   USDJ
                                                United States District Judge