# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Lynn N. Hughes |
| CASE MANAGER | Glenda Hassan |
| LAW CLERK | ☒ Kaufman ☐ Coleman ☐ |

**DATE**  July 19, 2013

**TIME**

| | | | | |
|---|---|---|---|---|
| 9:10 | a.m. | 9:36 | a.m. |
| 11:15 | p.m. | 11:30 | p.m. |

**CIVIL ACTION**  H — 13 — 2096

**STYLE**  J & J Technical Services, LLC,

*versus*

Tech-Flo Consulting, LLC, et al.

## DOCKET ENTRY

☐ Conference; ☒ Hearing; _____ day ☐ Bench ☐ Jury Trial  (Rptr: ____Barran____)

| | | | |
|---|---|---|---|
| David Cabello + Brad Parro | for | ☒ Ptf. #_____ | ☐ Deft. #_____ |
| Tom Adolph | for | ☐ Ptf. #_____ | ☒ Deft. #_____ |
| _____ | for | ☐ Ptf. #_____ | ☐ Deft. #_____ |
| _____ | for | ☐ Ptf. #_____ | ☐ Deft. #_____ |

☐  All motions not expressly decided are denied without prejudice.

☐  **Evidence taken** [exhibits or testimony].

☐  Argument heard on:  ☐ all pending motions;  ☐ these topics:

_____

_____

☐  Motions taken under advisement: _____

☒  Order to be entered.

☐  Internal review set: _____

☐  Rulings orally rendered on: _____

_____