UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

J+J Technical Services, LLC §
§
versus §   Civil Action 4: 13-2096
§
Tech-Flo Consulting, LLC, et al. §
§

## Conference Memorandum

Counsel:                                    Representing:

David Cabello + Brad Parro                  P: J+J

Tom Adolph                                  D: Tech-Flo, Downhole Production, et al.

Date: July 19, 2013                         Reporter: ———

Started: 1:15 p.m.                          Ended: 2:35 p.m.

At the conference, these rulings were made:

☐  Order to be entered.
☒  A pretrial conference is set for:     4:00 p.m. on July 24, 2013.
☐  A hearing is set for:                 _____ on _____, 2013.
☐  Trial preparation to be completed by: _____, 2013.
☐  A trial is set for:                   _____ on _____, 2013.
    ☐ Bench   ☐ Jury (Estimated time at 5.5 hours a day _____).
☐  Joint Pretrial Order due:             _____, 2013.
☐  Internal review deadline              _____, 2013.

Lynn N. Hughes
United States District Judge