# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Lynn N. Hughes |
| CASE MANAGER | Glenda Hassan |
| LAW CLERK | ☒ Kaufman   ☐ Coleman   ☐ |
| DATE | July 24, 2013 |
| TIME | 4:20 p.m. — 5:20 p.m. |
| CIVIL ACTION | H — 13 — 2096 |
| STYLE | J+J Technical Services, LLC, *versus* Tech-Flo Consulting, LLC, et al. |

DOCKET ENTRY

☐ Conference;  ☒ Hearing;  _____ day  ☐ Bench  ☐ Jury Trial  (Rptr: Manley)

David Cabello + Brad Parro _____ for  ☒ Ptf. # _____  ☐ Deft. # _____
Tom Adolph _____ for  ☐ Ptf. # _____  ☒ Deft. # _____
_____ for  ☐ Ptf. # _____  ☐ Deft. # _____
_____ for  ☐ Ptf. # _____  ☐ Deft. # _____

☐ All motions not expressly decided are denied without prejudice.
☐ **Evidence taken** [exhibits or testimony].
☐ Argument heard on:   ☐ all pending motions;   ☐ these topics:
_____
_____

☐ Motions taken under advisement: _____
☒ Order to be entered.
☐ Internal review set: _____
☐ Rulings orally rendered on: _____