| United States District Court | | Southern District of Texas |
|---|---|---|

| | | |
|---|---|---|
| J&J Technical Services, LLC, | § § § § | |
| Plaintiff, | | |
| versus | § § | Civil Action H-13-2096 |
| Tech-Flo Consulting, LLC, *et al.*, | § § § | |
| Defendants. | § | |

## Order for Conference

A conference will be held on:

> July 30, 2013,
> at 2:00 p.m. in
> Judge Hughes's Chambers
> United States Court House
> 515 Rusk Avenue, Room 11122
> Houston, Texas 77002.

Signed on July 24, 2013, at Houston, Texas.

Lynn N. Hughes
United States District Judge