IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| J&J Technical Services, L.L.C. § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CASE 4:13-CV-02096 |
| § | |
| Tech-Flo Consulting, LLC, *et al*, § | |
| § | |
| Defendants. § | |

## STIPULATION OF DISMISSAL

All parties stipulate to dismissal of this action and all claims subject to the continuing jurisdiction of this Court to enforce the Settlement Agreement, effective July 30, 2013, between all parties.

_____  _____
J. David Cabello                Tom Adolph
SBN: 0357450                    SBN: 00928900
ATTORNEY FOR PLAINTIFF          ATTORNEY FOR DEFENDANTS

## ORDER OF DISMISSAL

This action is dismissed with prejudice. Each party will bear its own costs. The Court retains jurisdiction to enforce the Settlement Agreement between the parties.

Date: _____, 2013.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I certify that on July 30, 2013, I served a true and correct copy of this document on counsel for Plainiff David Cabello.

_____
Tom Adolph

1