UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| J&J Technical Services, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-13-2096 |
| | § | |
| Tech-Flo Consulting, LLC, et al., | § | |
| | § | |
| Defendants. | § | |

## Final Dismissal

1.    Having been advised by counsel that a settlement has been reached, the court dismisses this case with prejudice.

2.    The court retains jurisdiction to enforce the settlement.

Signed on July 30, 2013, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge